**UNITED STATES DISTRICT COURT**
**for the**
**RHODE ISLAND**

| | |
|---|---|
| **MICHAEL DeCICCO,** Plaintiff | **Civil Action** |
| **V.** | **No.** CA 05 429S |
| **CAMPANALE & SONS, INC.,** Defendant | |

SEAMAN'S DECLARATION

The Plaintiff, Michael DeCicco, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

> "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on 11 day of October, 2005

Merlyn P. O'Keefe

MERLYN P. O'KEEFE, ESQ.
1220 KINGSTOWN ROAD
PEACE DALE, RI 02879
(401) 789-4850 phone