UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

RECEIVED
FEB 14 2006
Property of U.S. District Court
District of Rhode Island

| | |
|---|---|
| MICHAEL DeCICCO, Plaintiff | Civil Action |
| V. | No. 05-00429-S-LDA |
| CAMPANALE & SONS, INC. and F/V BARBARA ANN, INC. Defendant | |

**STIPULATION FOR DISMISSAL**

Now comes the plaintiff in the above-entitled action, by his attorney, and hereby stipulate that the action be dismissed, without prejudice and without costs.

Dated this 13 day of February 2006

Respectfully submitted for the Plaintiff, by his attorneys,

Merlyn P. O'Keefe, Esq.
BAR #2439
Packer & O'Keefe
1220 Kingstown Rd.
Peace Dale, RI 02879
401-789-4850

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 2/14/06